■ ALEXANDER YUNIS, Respondent, v FRANK STORK, Appellant.—Judgment, Supreme Court, New York County, entered on September 16, 1977, unanimously affirmed for the reasons stated by Riccobono, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Birns, Silverman and Lynch, JJ.

■ PERIN GOBHAI, Respondent, v KLM ROYAL DUTCH AIRLINES, Appellant.—Order, Supreme Court, New York County, entered on July 15, 1977, unanimously affirmed for the reasons stated by Tierney, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur—Silverman, J. P., Evans, Fein, Lynch and Sullivan, JJ.

■ In the Matter of TRANS-LUX CORPORATION, Respondent, v FINANCE ADMINISTRATOR OF THE CITY OF NEW YORK, et al., Appellants.—Judgment, Supreme Court, New York County, entered on October 14, 1977, unanimously affirmed for the reasons stated by Bowman, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Lane, Markewich and Sandler, JJ.

■ JAMES TALCOTT, INC., Respondent, v SHOSHANNA SPORTSWEAR, LTD., Defendant, and INDUSTRIAL TRACTOR PARTS CO., INC., Appellant.—Order, Supreme Court, New York County, entered on September 20, 1977, and judgment entered thereon on September 21, 1977, unanimously affirmed for the reasons stated by Fraiman, J., at Special Term. The respondent shall recover of the appellant $60 costs and disbursements of this appeal. Concur —Lupiano, J. P., Birns, Lane, Markewich and Sandler, JJ.